UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ABREU, on behalf of himself, individually, and all other similarly situated persons,

                     Plaintiff,

-against-

TORTI FOOD, CORP. d/b/a MIRADOR RESTAURANT, ABC CORP. 1-3 d/b/a MIRADOR RESTAURANT, DEMETRIA CHAPMAN and JOSE PEREZ,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2021

20 Civ. 10643 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Upon the completion of fact discovery, the parties shall submit a joint letter indicating whether they wish to be referred for settlement to an alternate dispute resolution mechanism, such as a settlement conference before a magistrate judge or the District's Mediation Program.

    SO ORDERED.

Dated: March 1, 2021
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge