```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/27/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ABREU, on behalf of himself, individually, and all other similarly situated persons,

                Plaintiff,

-against-

TORTI FOOD, CORP. d/b/a MIRADOR RESTAURANT, ABC CORP. 1-3 d/b/a MIRADOR RESTAURANT, DEMETRIA CHAPMAN and JOSE PEREZ,

                Defendants.

20 Civ. 10643 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Plaintiff's submission dated August 25, 2021, indicating that the parties believe that further alternative dispute resolution mechanisms should be explored prior to commencing discovery. ECF No. 35-1. Accordingly, the initial pretrial conference scheduled for September 1, 2021, is ADJOURNED to **October 19, 2021**, at **10:40 a.m.** By **October 12, 2021**, the parties shall submit an updated joint letter and proposed case management plan.

      SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                    ANALISA TORRES
                              United States District Judge