LAW   OFFICE   OF

# PETER A. ROMERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022

*VIA ECF*                                                   April 25, 2022

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Ramon Abreu v. Torti Food, Corp., et al.*
     Docket No.: 20-cv-10643 (AT)

Dear Judge Torres:

   This firm represents Plaintiff Ramon Abreu, who brought the above-referenced matter against Defendants Torti Food, Corp., LMP Coffee Shop Inc., Demetria Chapman and Jose Perez (collectively as "Defendants"), his former employers, for violations of the Fair Labor Standards Act and New York Labor Law.  The parties have reached a settlement in principle. As a result, the Court entered an order directing the parties to submit a motion for approval of the parties' settlement agreement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims by April 25, 2022.  Since that order, the parties encountered certain disputes regarding the terms of their settlement, which have now been resolved.  However, having reached an agreement regarding the outstanding terms of the parties' settlement agreement last week, Plaintiff circulated a revised draft of the settlement agreement incorporating the recent agreements and is waiting for final approval of this revisions from the parties.  Additionally, the parties will require time to arrange for all parties to sign this formal settlement agreement and to prepare their motion for approval incorporating these terms.  Accordingly, Plaintiff requests a brief extension of time from April 25, 2022 until May 2, 2022 to submit Plaintiff's motion for approval.  Plaintiff made one prior request for an extension of this deadline, which was granted.

   Defendants LMP Coffee Shop Inc. and Jose Perez consent to this request.  Plaintiff requested that Defendants Torti Food, Corp. and Demetria Chapman on mid-day on April 22, 2022 when the need for the extension became clear as the parties could no longer obtain all required signatures by the deadline as the revisions to the agreement were not yet fully approved.  Plaintiff has not yet received a response to that request.

   We thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: April 25, 2022
  New York, New York

ANALISA TORRES
United States District Judge