LAW OFFICE OF
**PETER A. ROMERO**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2022

<u>VIA ECF</u>                                    May 16, 2022
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Ramon Abreu v. Torti Food, Corp., et al.*
     <u>Docket No.: 20-cv-10643 (AT)</u>

Dear Judge Torres:

  This firm represents Plaintiff Ramon Abreu, who brought the above-referenced matter against Defendants Torti Food, Corp., LMP Coffee Shop Inc., Demetria Chapman and Jose Perez (collectively as "Defendants"), his former employers, for violations of the Fair Labor Standards Act and New York Labor Law. The parties have reached a settlement in principle. As a result, the Court entered an order directing the parties to submit a motion for approval of the parties' settlement agreement, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims by May 16, 2022. Plaintiff has prepared his motion for approval of the settlement agreement and signed the parties' settlement agreement in anticipation of his motion. Unfortunately, Plaintiff was informed that counsel for two of the Defendants recently became ill and, as a result, counsel was unable to meet with his clients to have those Defendants execute the settlement agreement during the past weeks. Earlier today, counsel for those Defendants informed the undersigned that he is required to remain in quarantine until tomorrow. Having conferred, and due to these circumstances, Defendants indicate that they expect to be able to execute the settlement agreement within the next week.

  Accordingly, Plaintiff requests, with Defendants' consent, a brief extension of time from May 16, 2022 until May 23, 2022 to submit Plaintiff's motion for approval in order to permit Defendants' counsel to obtain the remaining signatures for the parties' settlement agreement. Plaintiff made four prior requests for an extension of this deadline, which were granted.

  We thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: May 17, 2022
   New York, New York

             ANALISA TORRES
            United States District Judge