**LAW OFFICE OF**
# PETER A. ROMERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2022

<u>VIA ECF</u>                                                                                May 23, 2022

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Ramon Abreu v. Torti Food, Corp., et al.*
     <u>Docket No.: 20-cv-10643 (AT)</u>

Dear Judge Torres:

  This firm represents Plaintiff Ramon Abreu, who brought the above-referenced matter against Defendants Torti Food, Corp., LMP Coffee Shop Inc., Demetria Chapman and Jose Perez (collectively as "Defendants"), his former employers, for violations of the Fair Labor Standards Act and New York Labor Law. The parties have reached a settlement in principle. As a result, the Court entered an order directing the parties to submit a motion for approval of the parties' settlement agreement, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims by May 23, 2022. Plaintiff has prepared his motion for approval of the settlement agreement and signed the parties' settlement agreement in anticipation of his motion. As the Court is aware, counsel for two of the Defendants became ill, which prevented the Defendants from signing the settlement agreement at his office. This afternoon, Plaintiff was informed that some additional Defendants signed the parties' settlement agreement during the past week, but not all of the Defendants have signed the agreement. However, Plaintiff was informed that Defendants' counsel expected to obtain the remaining outstanding signatures on May 24, 2022.

  Accordingly, Plaintiff requests a brief extension of time from May 23, 2022 until May 27, 2022 to submit Plaintiff's motion for approval in order to permit Defendants' counsel to obtain the remaining signatures for the parties' settlement agreement. Plaintiff requested consent from Defendants for this request this afternoon promptly after learning from Defendants that the agreement would not be signed by all parties by today. Plaintiff did not receive any response. Plaintiff made five prior requests for an extension of this deadline, most of which stemmed from Defendants' counsel's illness, which were granted.

  We thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: May 25, 2022
   New York, New York

                  _____
                   ANALISA TORRES
                  United States District Judge