USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2023__

# LAW OFFICE OF
# PETER A. ROMERO

August 10, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Ramon Abreu v. Torti Food, Corp., et al.*
              Docket No.: 20-cv-10643 (AT)

Dear Judge Torres:

      This firm represents Plaintiff Ramon Abreu, who brought the above-referenced matter against Defendants Torti Food, Corp., LMP Coffee Shop Inc., Demetria Chapman and Jose Perez (collectively as "Defendants"), his former employers, for violations of the Fair Labor Standards Act and New York Labor Law. The Court denied Plaintiff's motion for approval of the parties' settlement agreement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with leave to renew the motion on or before August 14, 2023. Plaintiff has prepared a revised settlement agreement incorporating the changes required by the Court's order. However, the parties will not be able to obtain signatures by all parties for that agreement until after the Court's deadline on August 14, 2023, and will require additional time to obtain the necessary signatures. Moreover, counsel for Defendants LMP Coffee Shop Inc. and Jose Perez is out of the office until August 14, 2023, based on his automatic email response, and there cannot obtain the required signatures until after that date.

      Accordingly, Plaintiff respectfully requests an extension of two weeks until August 28, 2023 to submit his renewed motion for approval of the parties' settlement. Defendants Torti Food, Corp. and Demetria Chapman consent to this request. Plaintiff is unable to confer with counsel for Defendants LMP Coffee Shop Inc. and Jose Perez regarding their position in light of their counsel being out of the office. However, this request does not prejudice Defendants in any manner. This is Plaintiff's first request for the relief sought.

      We thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: August 11, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge