USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/29/2023_

# LAW OFFICE OF
# Peter A. Romero

August 28, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Ramon Abreu v. Torti Food, Corp., et al.*
             Docket No.: 20-cv-10643 (AT)

Dear Judge Torres:

      This firm represents Plaintiff Ramon Abreu, who brought the above-referenced matter against Defendants Torti Food, Corp., LMP Coffee Shop Inc., Demetria Chapman and Jose Perez (collectively as "Defendants"), his former employers, for violations of the Fair Labor Standards Act and New York Labor Law. The Court denied Plaintiff's motion for approval of the parties' settlement agreement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with leave to renew the motion on or before August 28, 2023. Plaintiff prepared a revised settlement agreement incorporating the changes required by the Court's order. After further discussions regarding those revisions, Defendants subsequently approved the revised settlement agreement to begin collecting signatures during last week. Counsel are currently seeking the parties' signatures for the settlement agreement. However, the parties will not be able to obtain signatures by all parties for that agreement until after the Court's deadline on August 28, 2023. For Plaintiff's part, Plaintiff is currently travelling. While Plaintiff is working with counsel to sign the settlement agreement while traveling, it has been challenging to successfully arrange for him to sign the settlement agreement. As a result, the parties will require additional time to obtain the necessary signatures.

      Accordingly, Plaintiff respectfully requests an extension of nine days until September 6, 2023 to submit his renewed motion for approval of the parties' settlement. Defendants' consent to this request. Plaintiff made one prior request for an extension of time for his renewed motion, which was granted.

      We thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: August 29, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge